IN THE SUPREME COURT OF TEXAS

 No. 11-0702

 IN RE JAZZERCISE, INC. AND KELLIE ELLINGTON

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for temporary relief, filed
September 7, 2011, is granted. The trial set for September 13, 2011, the
April 7, 2011 Order on Plaintiff's Motion for JNOV or Alternatively Motion
for New Trial, and the May 9, 2011 Order Denying Defendants' Post-Trial
Motions in Cause No. DC-07-06369, styled Patricia A. Coats v. Jazzercise,
Inc. and Kellie Fox, in the 68th District Court of Dallas County, Texas,
are stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before September 19, 2011.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this September 9, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk